1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6885
6      FAX: (415) 436-6748
       Alex.Tse@usdoj.gov
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | SIU SAN CHOW,                                        )
   |                                                      ) C 14-0323 WHO
13 |        Plaintiff,                                    )
   |                                                      ) **STIPULATION TO DISMISS and**
14 |   v.                                                 ) **ORDER**
   |                                                      )
15 | ERIC HOLDER, Attorney General of the                 )
   | United States; JEH JOHNSON, Secretary of the         )
16 | Department of Homeland Security; LORI                )
   | SCIALABBA, Acting Director of United States          )
17 | Citizenship & Immigration Services,                  )
   |                                                      )
18 |                                                      )
   |        Defendants.                                   )
19 |_____)

20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of

22  record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in

23  light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's

24  petition for alien relative application (Form I-130).

25     ///

26     ///

27

28
   STIPULATION TO DISMISS
   C 14-0323 WHO

1    Each of the parties shall bear their own costs and fees.

2   Date: February 14, 2014                         Respectfully submitted,

3                                                   MELINDA HAAG
                                                    United States Attorney
4

5                                                          /s/
                                                    ALEX G. TSE[1]
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
7

8   Dated: February 14, 2014                               /s/
                                                    TRICIA WANG
9                                                   Attorney for Plaintiff

10

11

12                                         **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14   Date:   February 24, 2014

15

16                                                  WILLIAM H. ORRICK
                                                    United States District Court Judge

---

[1] I, Alex Tse, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
C 14-0323 WHO